UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEVE M. MARCANTEL (#101147)

VERSUS

LOUISIANA COMMITTEE ON PAROLE

CIVIL ACTION

NO. 13-456-SDD-RLB

RULING
AND
ORDER OF DISMISSAL

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 18, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims and this action is dismissed as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(g) and 1915A.

Baton Rouge, Louisiana, November 12, 2013.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA